**JUDGE CEDARBAUM**

**07 CV 3817**

239-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

MAY 1 5 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 CIV.          (     )
LANEIA MARINE LTD.,
                                                                **RULE 7.1 STATEMENT**
                        Plaintiff,

    -against-

SINORICHES GLOBAL LTD.,

                        Defendant.
------------------------------------------------------------x

LANEIA MARINE LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 15, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                LANEIA MARINE LTD.

                        By: _____
                                Peter J. Gutowski (PG 2200)
                                Pamela L. Schultz (PS 0335)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900
                                Facsimile: (212) 425-1901

NYDOCS1/283356.1